UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAUN HAYGOOD,<br><br>           Plaintiff,<br><br>    v.<br><br>DANNY CHAVEZ,<br><br>           Defendant. | 1:24-cv-000239-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a former state prisoner[1] proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed in forma pauperis for this action.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is DIRECTED to send Plaintiff a blank "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" for his use; and

2. **Within forty-five (45) days** of the date of service of this order, Plaintiff **SHALL** submit the attached application to proceed in forma pauperis form, completed and signed, or in the alternative, pay the $405.00 filing fee for this action.

---

[1] Plaintiff seeks to hold Defendant Chavez, employed at Kern Valley State Prison, liable for alleged constitutional violations. Plaintiff's complaint indicates his current address is a private residence in San Diego, California. Further, consultation of the California Department of Corrections and Rehabilitation's Inmate Locator tool reveals Plaintiff is not presently incarcerated. *See* https://apps.cdcr.ca.gov/ciris/results?lastName=haywood&firstName=hassaun, accessed 2/27/2024.

1

**Plaintiff is advised that no requests for extension of this deadline will be granted without a showing of good cause**. **Failure to comply with this order will result in a recommendation this action be dismissed.**

IT IS SO ORDERED.

Dated:   **February 27, 2024**                    /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE