UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAUN HAYGOOD,<br><br>           Plaintiff,<br><br>     v.<br><br>DANNY CHAVEZ,<br><br>           Defendant. | 1:24-cv-000239-SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Doc. 36) |

Plaintiff is a former state prisoner proceeding pro se and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's First Amendment free exercise of religion claim against Defendant Chavez.

On May 2, 2025, Plaintiff filed a document titled "Notice of Motion and Motion for Voluntary Dismissal." (Doc. 36.) Defendant filed a statement of non-opposition on May 9, 2025. (Doc. 40.) The Court construes Plaintiff's motion to be a notice of voluntary dismissal.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **May 12, 2025**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

1